# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Landmark Skate and Fun LLC | )   ASBCA No. 59174 |
| | ) |
| Under Contract No. NNA250-11-C-0020 | ) |

APPEARANCE FOR THE APPELLANT:     Ms. Donna Baudendistel
                                  Owner

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                    Navy Chief Trial Attorney
                                  Cynthia R. Martin, Esq.
                                    Trial Attorney
                                    Navy Exchange Service Command
                                    Virginia Beach, VA

## ORDER OF DISMISSAL

The parties have settled and request that the appeal be dismissed. Accordingly, ASBCA No. 59174 is dismissed with prejudice.

Dated: 12 June 2014

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59174, Appeal of Landmark Skate and Fun LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals